1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10

11   RICARDO JOHN SEGURA,              Case No. EDCV 14-1258 SS

12              Plaintiff,

13        v.                           **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16              Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21   AFFIRMED and that the above-captioned action is dismissed with

22   prejudice.

23

24   DATED:  May 26, 2015

25                                        _____/S/_____
                                          SUZANNE H. SEGAL
26                                        UNITED STATES MAGISTRATE JUDGE

27

28